# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>KAPUELI TALAIASI,<br><br>                  Defendant. | Case No. 3:21-cr-00044-SLG |

## ORDER RE JURY QUESTIONNAIRE

The Court has reviewed the parties' Jointly Proposed Juror Questionnaire filed at Docket 99. The Court elects not to distribute this questionnaire to prospective jurors in advance of trial. At the request of either party at the Final Pretrial Conference in this case, the Court will set forth its reasons for this decision.

DATED this 12th day of April, 2023, at Anchorage, Alaska.

                                                 */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE